**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7888**

---

JOHN A. HAYNES,

                              Plaintiff - Appellant,

        versus

TOWN OF SUMMERVILLE; SUMMERVILLE POLICE DE-
PARTMENT; M. DYCHES, Corporal, in her personal
and official capacity; JOHN DOE LAPOLLA, De-
tective, in his personal and official capac-
ity; JOHN DOE ROSS, Detective, in his personal
and official capacity; MICHAEL MILLER, Detec-
tive, in his personal and official capacity,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Charles E. Simons, Jr., Senior
District Judge. (CA-93-2118-2-6BC)

---

Submitted: June 20, 1996          Decided: June 27, 1996

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

John A. Haynes, Appellant Pro Se.  Sandra J. Senn, STUCKEY &
KOBROVSKY, Charleston, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinions accepting the magistrate judge's recommendations and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Haynes v. Town of Summerville, No. CA-93-2118-2-6BC (D.S.C. Oct. 31, 1994 and Nov. 2, 1995). We deny Appellant's motions for hearing by separate panels and for an investigation by this court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED